UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DODONA I, LLC, on Behalf of Itself
and All Other Similarly Situated,

       Plaintiff,

v.

GOLDMAN, SACHS & CO., THE
GOLDMAN SACHS GROUP, INC.,
HUDSON MEZZANINE FUNDING
2006-1, LTD., HUDSON MEZZANINE
FUNDING 2006-1, CORP., HUDSON
MEZZANINE FUNDING 2006-2, LTD.,
HUDSON MEZZANINE FUNDING
2006-2, CORP., PETER L. OSTREM and
DARRYL K. HERRICK,

       Defendants.
-----------------------------------------------------------x

Civil Action 10-CIV-7497-VM

ORDER FOR ADMISSION
*PRO HAC VICE*
ON WRITTEN MOTION



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-29-10

  Upon the motion of Steven L. Bloch, attorney for Plaintiff Dodona I, LLC ("Plaintiff"), and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED** that:

  Robin Switzenbaum
  Berger & Montague, P.C.
  1622 Locust Street
  Philadelphia, PA  19103
  Tel.: (215) 875-4679
  Fax: (215) 875-4604
  E-mail: rswitzenbaum@bm.net

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.

Dated: 29 October 2010
       New York, New York

                            Victor Marrero
                  United States District/~~Magistrate~~ Judge

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Admit Counsel *Pro Hac Vice* has been served via first class mail, postage prepaid, on all counsel of record this 22nd day of October, 2010, as follows:

Theodore Edelman, Esq.
*Sullivan & Cromwell LLP*
125 Broad Street
New York, New York  10004-2498

*Susan Noone*

Susan Noone
Legal Assistant



# 19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DODONA I, LLC, on Behalf of Itself : Civil Action 10-CIV-7497-VM
and All Other Similarly Situated, :
 :
                        Plaintiff, :
 :
v. :
 :                                    MOTION TO ADMIT COUNSEL
GOLDMAN, SACHS & CO., THE :           *PRO HAC VICE*
GOLDMAN SACHS GROUP, INC., :
HUDSON MEZZANINE FUNDING :
2006-1, LTD., HUDSON MEZZANINE :
FUNDING 2006-1, CORP., HUDSON :
MEZZANINE FUNDING 2006-2, LTD., :
HUDSON MEZZANINE FUNDING :
2006-2, CORP., PETER L. OSTREM and :
DARRYL K. HERRICK, :
 :
                        Defendants. :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Steven L. Bloch, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Robin Switzenbaum
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-4679
Fax: (215) 875-4613

Robin Switzenbaum is a member in good standing of the Bar of the Commonwealth of

Pennsylvania, and the Bars of the States of New Jersey, California and Florida. There are no

pending disciplinary proceedings against Robin Switzenbaum in any State or Federal court.

Dated: October 22, 2010
       New York, New York

                                    Respectfully submitted,

                                    BERGER & MONTAGUE, P.C.

By: _____
                                    Steven L. Bloch - SB2088
                                    1622 Locust Street
                                    Philadelphia, PA  19103
                                    Tel: (215) 875-3069
                                    Fax: (215) 875-4604

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| DODONA I, LLC, on Behalf of Itself and All Other Similarly Situated, | : | Civil Action 10-CIV-7497-VM |
| Plaintiff, | : | |
| v. | : | AFFIDAVIT OF STEVEN L. BLOCH IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |
| GOLDMAN, SACHS & CO., THE GOLDMAN SACHS GROUP, INC., HUDSON MEZZANINE FUNDING 2006-1, LTD., HUDSON MEZZANINE FUNDING 2006-1, CORP., HUDSON MEZZANINE FUNDING 2006-2, LTD., HUDSON MEZZANINE FUNDING 2006-2, CORP., PETER L. OSTREM and DARRYL K. HERRICK, | : | |
| Defendants. | : | |

-------------------------------------------------------------x

Commonwealth of Pennsylvania  :
: ss
County of Philadelphia  :

Steven L. Bloch, being duly sworn, hereby deposes and says as follows:

1. I am a shareholder of Berger & Montague, P.C., counsel for Plaintiff Dodona I, LLC ("Plaintiff") in the above-captioned case. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Robin Switzenbaum as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the Commonwealth of Pennsylvania, admitted to practice law on May 31, 2000, and the bar of the State of New York,

admitted to practice on January 13, 1993. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with the Court.

3. I have known Robin Switzenbaum since 2005.

4. Ms. Switzenbaum is a shareholder of Berger & Montague, P.C.

5. I have found Ms. Switzenbaum to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Robin Switzenbaum *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Robin Switzenbaum *pro hac vice* which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Robin Switzenbaum *pro hac vice* to represent Plaintiff in the above-captioned matter, be granted.

Dated: October 22, 2010
New York, New York

Sworn to and subscribed
before me this 22 day
of October, 2010.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN C KERNS, NOTARY PUBLIC
PHILA CITY, PHILADELPHIA COUNTY
COMMISSION EXPIRES MAR 16, 2012

Respectfully submitted,

BERGER & MONTAGUE, P.C.

By: _____
Steven L. Bloch - SB2088

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Robin Switzenbaum, Esq.*

### DATE OF ADMISSION

*November 6, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 7, 2010

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ROBIN SWITZENBAUM** (No. **030651985**) was constituted and appointed an Attorney at Law of New Jersey on **July 01, 1986** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **8TH** day of **October**, 20 **10**.

Clerk of the Supreme Court

-453a-

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL*, *Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**ROBIN SWITZENBAUM**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 27, 1990**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 7, 2010.*

*Clerk of the Supreme Court of Florida*



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ROBIN SWITZENBAUM*

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that Robin Switzenbaum was on the 27th day of December 1993 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 8th day of October, 2010.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
*Nicole Benavidez*
*Deputy Clerk*