UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DODONA I, LLC, on Behalf of Itself
and All Others Similarly Situated,

                Plaintiff,

             v.

GOLDMAN, SACHS & CO., THE
GOLDMAN SACHS GROUP, INC., HUDSON
MEZZANINE FUNDING 2006-1, LTD.,
HUDSON MEZZANINE FUNDING 2006-1,
CORP., HUDSON MEZZANINE FUNDING
2006-2, LTD., HUDSON MEZZANINE FUNDING
2006-2, CORP., PETER L. OSTREM and
DARRYL K. HERRICK,

                Defendants.
-----------------------------------------------------------x

10 Civ. 7497 (VM) (DCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/13

## NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER

PLEASE TAKE NOTICE that, upon the accompanying declaration of Ariana Torchin, dated September 10, 2013, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, Ariana Torchin hereby withdraws her individual appearance on behalf of Defendant Peter L. Ostrem in the above-captioned matter. Stephen M. Juris, from the law firm of Morvillo Abramowitz Grand Iason & Anello P.C., will remain as counsel to Mr. Ostrem.

Dated: September 10, 2013  
      New York, New York

Respectfully submitted,

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.

By: _____/s/ Ariana Torchin_____
     Ariana Torchin
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

*Attorneys for Defendant Peter L. Ostrem*

SO ORDERED.

13 September 2013

_____
The Honorable Victor Marrero
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DODONA I, LLC, on Behalf of Itself             :
and All Others Similarly Situated,             :
                                               :    10 Civ. 7497 (VM) (DCF)
                    Plaintiff,                 :
                                               :
        v.                                     :
                                               :
GOLDMAN, SACHS & CO., THE                      :
GOLDMAN SACHS GROUP, INC., HUDSON              :
MEZZANINE FUNDING 2006-1, LTD.,                :
HUDSON MEZZANINE FUNDING 2006-1,               :
CORP., HUDSON MEZZANINE FUNDING                :
2006-2, LTD., HUDSON MEZZANINE FUNDING:
2006-2, CORP., PETER L. OSTREM and             :
DARRYL K. HERRICK,                             :
                                               :
                                               :
                    Defendants.                :
-----------------------------------------------------------------x

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Ariana Torchin, declare and state as follows:

1.  Pursuant to Local Civil Rule 1.4, I respectfully request leave of the Court to withdraw my individual appearance as counsel for Defendant Peter L. Ostrem in the above-captioned action because I will no longer be associated with Morvillo Abramowitz Grand Iason & Anello P.C. as of September 11, 2013.

2.  My colleague Stephen M. Juris will continue to represent Mr. Ostrem. We have informed Mr. Ostrem that I will be withdrawing as counsel.

3.  Because the same law firm will continue to represent Mr. Ostrem, this withdrawal will not affect this action in any way, including the posture of the case. Nor will this withdrawal prejudice the Plaintiff.

Dated: September 10, 2013
       New York, New York

                                        _____
                                           Ariana Torchin