1622 LOCUST STREET  |  PHILADELPHIA, PA 19103-6305  |  *phone* 215/875-3000  |  *fax* 215/875-4604  |  *www.bergermontague.com*



**Berger &Montague, P.C.**
ATTORNEYS AT LAW

**LAWRENCE J. LEDERER**   ALSO ADMITTED IN DC
WRITER'S DIRECT DIAL | 215/875-4625
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | llederer@bm.net

June 30, 2014

**By ECF**

The Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *Dodona I, LLC v. Goldman, Sachs & Co., et al.*
      **10 Civ. 7497 (VM)(DCF) (S.D.N.Y.)**

Dear Judge Freeman:

  We represent lead plaintiff Dodona I, LLC ("Plaintiff") and the class.

  We write to address Plaintiff's pending Motion for an Order Approving Notice to Class Members and Notice Procedures (Dkt. 155, filed May 8, 2014). On June 27, 2014, the U.S. Court of Appeals for the Second Circuit denied the petition filed by the Goldman Sachs defendants (collectively, the "Defendants") to appeal Judge Marrero's January 23, 2014 decision certifying the class, *Dodona I, LLC v. Goldman, Sachs & Co.,* 296 F.R.D. 261 (S.D.N.Y. 2014). The Second Circuit's mandate has been filed in this Court. *See* Dkt. 162.

  As a result, Plaintiff proposes to further amend its proposed form of class notice to reflect the Second Circuit's decision. Specifically, the proposed revision is only to the last sentence of § 2 (at p. 3) and the last sentence of the second paragraph of § 8 (at p. 5) of the proposed notice. The proposed revised notice is attached as Exhibit 1.

  The parties continue to disagree on a few remaining sentences of text in the proposed revised notice. A redlined copy of the proposed revised notice is attached as Exhibit 2. The redline compares the proposed revised notice attached here as Exhibit 1 to the last version Defendants sent to Plaintiff, and also adds the additional proposed edits to §§ 2 and 8 regarding

**Berger&Montague,P.C.**
ATTORNEYS AT LAW

The Honorable Debra Freeman
June 30, 2014
Page 2


the Second Circuit's ruling as discussed above. The parties are in agreement on the proposed text of the summary publication notice in full (*see* Dkt. 156-2), as well as all other aspects of the proposed revised notice and notice program.

We stand prepared to provide any additional information as the Court may direct.

Respectfully submitted,

Merrill G. Davidoff
Lawrence J. Lederer

Enclosures
cc via ECF filing:  Defendants' Counsel