

# PRYOR CASHMAN LLP

New York | Los Angeles

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806        www.pryorcashman.com

**Perry M. Amsellem**
Partner

Direct Tel: (212) 326-0119
Direct Fax: (212) 798-6315
pamsellem@pryorcashman.com

July 7, 2015



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/15

<u>**VIA FACSIMILE TO (212) 805-6382**</u>

Hon. Victor Marrero
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Dodona I, LLC v. Goldman Sachs & Co., et al.*, Docket No. 10 Civ. 7497
      <u>(United States District Court, Southern District of New York)</u>

Dear Judge Marrero:

    We are counsel to non-party Church Tavern Advisors LLC ("CTA") in connection with, *inter alia*, third-party subpoenas (the "Subpoenas"), dated November 26 and December 10, 2012, propounded by defendants Goldman Sachs & Co. and The Goldman Sachs Group, Inc. ("Goldman") in connection with the above-captioned matter. I write in furtherance to my letter to Your Honor, dated July 2, 2015, requesting that the Court direct that: (i) CTA's counsel be permitted, on an attorneys' eyes only basis, to review complete, unredacted copies of all submissions on the summary judgment record that reference CTA, or rely in any way upon the highly confidential documents produced by CTA pursuant to the Subpoenas; and (ii) upon said production, CTA be granted an adjournment to July 29, 2015 of CTA's current deadline to review the materials and respond to the Court's June 3, 2015 Order to Show Cause.

    After discussions with counsel, I am pleased to report that we have reached agreement with Plaintiff and Defendants whereby Defendants have agreed to provide to us for our review, on an attorneys' eyes only basis, the requested documents with limited redactions. Plaintiff and Defendants have also indicated that they have no objection to the granting of CTA's requested adjournment until July 29, 2015 of its time to respond to the Court's Order to Show Cause.

    Accordingly, we respectfully request that the Court grant an adjournment of CTA's current deadline to review the materials and respond to the Court's Order to Show Cause, to on or before July 29, 2015. Again, by proceeding in this proposed manner, CTA and its counsel sincerely hope to be able to significantly narrow the issues and even possibly avoid non-party motion practice.

1422512

# PRYOR CASHMAN LLP

Hon. Victor Marrero
United States District Court Judge
July 7, 2015
Page 2

This letter is written without prejudice to and expressly reserves herein any and all claims, rights, interests, defenses, remedies and damages which CTA may choose to assert against any entity or person.

Thank you.

Respectfully submitted,

Renfy M. Amsellem

cc: Jon Lambiras, Esq. (via Email)
Nathaniel P. T. Read, Esq. (via Email)

---

Request GRANTED. The time for non-party Church Tavern Advisors to respond to the Court's Order to Show Cause herein is extended

SO ORDERED. to 7-29-15.

7-7-15
DATE    VICTOR MARRERO, U.S.D.J.

1420348