1622 LOCUST STREET | PHILADELPHIA, PA 19103-6305 | phone 215/875-3000 | fax 215/875-4604 | www.bergermontague.com

# Berger&Montague,P.C.
ATTORNEYS AT LAW

LAWRENCE J. LEDERER    ALSO ADMITTED IN DC

WRITER'S DIRECT DIAL | 215/875-4625
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | llederer@bm.net

September 16, 2015



*Via Federal Express Overnight*

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Dodona I, LLC v. Goldman, Sachs & Co.*, **10 Civ. 7497 (VM) (S.D.N.Y.)**

Dear Judge Marrero:

    We represent lead plaintiff Dodona I, LLC ("Plaintiff") and the class. Pursuant to Rule 21.8 of the Court's Electronic Case Filing Rules & Instructions ("ECF Rules"), we write to inform the Court that certain limited confidential information has been filed on the public docket. We seek the Court's consent for the sealing of the confidential information and the re-filing of corrected redacted documents.

    On July 30, 2015, the Court entered an order permitting the parties to file their summary judgment papers with certain categories of information redacted. (Dkt. No. 241.) One category of permitted redactions was the "identities of the parties' ... customers, as well as information concerning their trading strategies, objectives and transactions." (*Id.* at p. 8.) On August 6, 2015, Plaintiff filed its summary judgment papers that included, among other things, deposition transcripts of three employees of a client of defendant Goldman, Sachs & Co. (Dkt. No. 249-68 to 249-83.) Plaintiff redacted references to the names of the client, employees of the client, and deponents. However, Plaintiff has since learned that a few isolated references to names were not redacted.

# Berger&Montague,P.C.
ATTORNEYS AT LAW

The Hon. Victor Marrero
September 16, 2015
Page 2

      Pursuant to ECF Rule 21.8(a), Plaintiff contacted the ECF Help Desk and requested that the transcripts be temporarily sealed. The ECF Help Desk has done so. Pursuant to ECF Rule 21.8(b), Plaintiff now requests that the transcripts be permanently sealed, and for the Court's consent for Plaintiff to file the attached corrected redacted transcripts on the public docket.

      We are happy to provide any other information the Court may require.

Respectfully submitted,

Merrill G. Davidoff
Lawrence J. Lederer

MGD:LJL:skn

cc:     Counsel for All Defendants

> Request GRANTED. Plaintiff is hereby authorized to file the attached corrected redacted transcripts on the public docket of this action.
>
> SO ORDERED.
>
> 9-17-15
> DATE     VICTOR MARRERO, U.S.D.J.