# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/15
```

October 13, 2015

*Via Facsimile to (212) 805-6382*

The Honorable Victor Marrero,
  United States District Judge,
    United States District Court, Southern District of New York,
      Daniel Patrick Moynihan United States Courthouse,
        500 Pearl Street,
          New York, New York 10007-1312.

      Re:   *Dodona I, LLC v. Goldman, Sachs & Co., et al.,*
               No. 10-CV-7497 (VM) (DCF)

Dear Judge Marrero:

      I write on behalf of defendants Goldman, Sachs & Co., The Goldman Sachs Group, Inc., Peter L. Ostrem and Darryl K. Herrick, and lead plaintiff Dodona I LLC, with respect to the Court's September 8, 2015 order directing the parties "to inform the Court, within twenty (20) days of the date of this Order, regarding their contemplation in connection with the disposition or further proceedings as to Defendants' counterclaims." (Dkt. No. 264.)[1]

      As the parties discussed with the Court's Chambers this morning, the parties respectfully request an additional 14-days to inform the Court about the status of Defendants' counterclaims. The parties are prepared to provide any additional information the Court may request.

Respectfully submitted,

*Richard H. Klapper*
Richard H. Klapper

SO ORDERED. Request GRANTED. The time for the parties to inform the Court about the status of the counterclaims is extended by two weeks.

10-14-15
DATE      VICTOR MARRERO, U.S.D.J.

---

[1] On September 28, 2015, the Court granted the parties' request for a 14-day extension. (Dkt. No. 269.)

The Hon. Victor Marrero
October 13, 2015                                                              -2-

cc:   Merrill G. Davidoff (via facsimile)
      Lawrence J. Lederer (via facsimile)
      (Berger & Montague, P.C.)