UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DODONA I, LLC, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDMAN, SACHS & CO., et al.,<br><br>Defendants. | Case No. 10 Civ. 7497 (VM)(DCF)<br><br>ECF Case<br><br>Class Action |

**LEAD PLAINTIFF'S MOTION FOR ORDER APPROVING DISTRIBUTION OF <u>CLASS ACTION SETTLEMENT FUNDS TO AUTHORIZED CLAIMANTS</u>**

PLEASE TAKE NOTICE that, upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Motion for Order Approving Distribution of Class Action Settlement Funds to Authorized Claimants, the documents filed in support thereof, and all other proceedings in this litigation, Lead Plaintiff respectfully moves this Court for entry of an Order in the form of the accompanying Proposed Order that achieves the following:[1]

(1) Approves the recommendations of the Court-appointed Claims Administrator, Heffler Claims Group, LLC, for distribution of the Net Settlement Fund to Authorized Claimants;

(2) Approves the payment of valid claims to Authorized Claimants, as identified in the list of proposed "Payable Claims" attached as Exhibit A to the Claims Administrator's Declaration; and

(3) Rejects the claims identified in the list of proposed "Non-Payable Claims" attached as Exhibit B to the Claims Administrator's Declaration.

Dated: August 25, 2017

Respectfully submitted,

Berger & Montague, P.C.

/s/ Jon J. Lambiras

Merrill G. Davidoff (mdavidoff@bm.net)
Lawrence J. Lederer (llederer@bm.net)
Gary E. Cantor (gcantor@bm.net)
Jon J. Lambiras (jlambiras@bm.net)
1622 Locust Street
Philadelphia, PA 19103

[1] Capitalized terms not otherwise defined herein have the meaning set forth in the parties' Stipulation and Agreement of Settlement dated February 11, 2016 ("Settlement Agreement"), which was filed previously with the Court (Dkt. 273-1) and approved by Order dated July 1, 2016 (Dkt. 287).

Tel: (215) 875-3000
Fax: (215) 875-4604

*Lead Counsel for Lead Plaintiff Dodona I, LLC and the Settlement Class*

kal7659166